SECOND DEPARTMENT, OCTOBER, 1967

(October 25, 1967) *

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTONIO GONZALEZ, Relator, v. WARDEN OF BROOKLYN HOUSE OF DETENTION FOR MEN, Respondent.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.

* Not published with other decisions of Oct. 25, 1967, 28 A D 2d 1005.— [REP.